## No. 1064.

### THE STATE VS. ROBERT AVERY.

The defendant, having been convicted of perjury and sentenced therefor, assigned as error and moved in arrest of judgment for that he had not been asked if he had

17

State *vs.* Avery.

anything to say why the sentence of the law should not be pronounced upon him. *Held*, the observance of this formality is not essential, and particularly when no objection is made at the time to the passing of sentence.

APPEAL from the District Court for St. Landry.    HUDSPETH, J.

*Perrodin*, District Attorney, for the State.    *Baillio* for Defendant.

WHITE, J., delivered the opinion affirming the judgment.